# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1435
_____

MOJI MOMENI,

Appellant,

v.

MARK GLASS, Commissioner,
Florida Department of Law
Enforcement,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

April 17, 2024

PER CURIAM.

Appellant challenges the trial court's dismissal of his amended complaint for declaratory and injunctive relief with prejudice as time barred. We find that trial court applied the correct law, and the final order is therefore affirmed. *See McGroarty v. Swearingen*, 977 F.3d 1302 (11th Cir. 2020).

AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Michael B. Cohen of Michael B. Cohen, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee; Christopher M. Sutter, Senior Assistant Attorney General, Fort Lauderdale, for Appellee.